Harlan Watson, Appellee, v. W. B. Lozier, Appellant.

Gen. No. 6,388.    (Not to be reported in full.)

Appeal from the Circuit Court of Warren county; the Hon.
ROBERT J. GRIER, Judge, presiding.    Heard in this court at the
October term, 1916.    Affirmed.    Opinion filed February 10, 1917.

## Statement of the Case.

Action of forcible detainer by Harlan Watson,
plaintiff, against W. B. Lozier, defendant, to recover
possession of one hundred acres of land.    From a
judgment for plaintiff, defendant appeals.

The defendant by lease dated October 20, 1914,
leased the premises involved for the year from March
1, 1915 to March 1, 1916.    The plaintiff by lease dated
October 20, 1915, leased the premises for the year from
March 1, 1916 to March 1, 1917.    The defendant did not
surrender possession March 1, 1916, and the plaintiff
after serving him with written demand for possession
brought this action.

HANLEY & Cox and SAFFORD & GRAHAM, for appellant.

BROWN & SOULE, for appellee.

MR. JUSTICE DIBELL delivered the opinion of the
court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 800*—*what bill of exceptions must con-
tain for purpose of review.*    A contention on appeal that the trial
court erred in overruling a motion for a continuance certified to
by the clerk of court, but not shown, nor any proof in support
thereof or denial of such motion, in the bill of exceptions, is not
presented for review by the Appellate Court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.

2. FORCIBLE ENTRY AND DETAINER, § 79*—*when lease to subsequent lessee is admissible in action by such lessee.* Under clause 4 of section 2 of the Forcible Entry and Detainer Act (J. & A. ¶ 5843), providing that the person entitled to the possession of lands may be restored thereto by suit under the act, where any lessee holds possession without right after determination of the lease by its own terms, the lessee of a subsequent lease of the lands is entitled to offer his lease in evidence to show his right of possession, in an action under such act.

3. FORCIBLE ENTRY AND DETAINER, § 47*—*when lessee of subsequent lease is a grantee.* The lessee of a subsequent lease suing for possession of the lands, the lessee of a prior lease holding over after the expiration of the term according to his lease, is a grantee within the meaning of section 14 of the Landlord and Tenant Act (J. & A. ¶ 7052), providing that the assignee of the lessor shall have the same remedy for nonperformance of any agreement in the lease as his grantor or lessor might have had.